

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-82,441-01

### EX PARTE JAMES LUTHER BLACKMAN, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W95-72927-P IN THE 203RD DISTRICT COURT
### FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of sexual assault and sentenced to imprisonment for twenty years.

On November 5, 2014, the trial court made findings of fact and conclusions of law. The trial court recommended that relief be granted.

The trial court made findings that counsel's performance was deficient and, but for counsel's errors, the proceeding would be different. The trial court's findings are not supported by the record.

Based on this Court's independent review of the entire record, we deny relief.

Filed: March 25, 2015
Do not publish